Nov. Term,
1856.

STIPES
v.
THE STATE.

The judgment is reversed with costs. Cause remanded, &c.

H. W. Chase and J. A. Wilstach, for the appellant.

S. A. Huff, Z. Baird and J. M. Larue, for the appellee.

(1) Ante, 212.  (2) Ante, 217.

---

## STIPES v. THE STATE.

Friday,
December 5.

APPEAL from the Allen Court of Common Pleas.

This was a prosecution commenced in June, 1854, before the mayor of the city of Fort Wayne, for keeping a house where spirituous liquors were sold in quantities less than a gallon, to be drank, &c., without license.

Trial, fine, and appeal to the Common Pleas. The mayor's record says a bond was filed and approved.

At the July term, 1855, of the Common Pleas, the appeal was dismissed on the motion of the prosecuting attorney, on the ground that neither bond nor recognizance could be found either in the office of the mayor, or on the files of the Court.

Per Curiam.—We think the appeal rightly dismissed in this case, for want of a bond.

The judgment is affirmed with costs.

W. March, for the appellant.

J. W. Gordon, for the State.